UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NATIONWIDE LIFE**
**INSURANCE COMPANY,**

      **Plaintiff,**

v.                                        Case No. 6:25-cv-281-CEM-NWH

**LISA EARP, JULIE LEHOCZKY,**
**and CHARLES LEHOCZKY,**

      **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Dismiss Counterclaim and for Discharge and Dismissal (Doc. 29). The United States Magistrate Judge issued a Report and Recommendation (Doc. 37), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 37) is **ADOPTED** and made a part of this Order.

2. The Plaintiff's Motion to Dismiss Counterclaim and for Discharge and Dismissal (Doc. 29) is **GRANTED in part** and **DENIED in part**.

    a. The Counterclaim brought by Defendant Lisa Earp, (Doc. 22 at 10–13), is **DISMISSED**.

    b. Plaintiff is directed to deposit the Policy's proceeds with the Court.

    c. Plaintiff is **DISMISSED** as a party to this interpleader litigation.

    d. Plaintiff is **DISCHARGED** of further liability arising out of the interpleaded funds;

    e. The Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on November 24, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record